ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 17 PM 4: 36

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KEVIN WAYNE JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 106-005 |
| | ) | |
| DR. ANDREWS, GARY WARREN, and | ) | |
| SHERIFF CLAY WHITTLE, | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the instant petition is **DISMISSED**, Petitioner's motion for preliminary injunction is **DENIED** as **MOOT**, his motion to proceed *in forma pauperis* is also **DENIED** as **MOOT**, and this civil action is **CLOSED**.

SO ORDERED this 17th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE